# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-8765 DMG (MRW) | Date | November 25, 2019 |
|---|---|---|---|
| Title | Satcher v. Woods | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:** ORDER TO SHOW CAUSE

1. The Court previously issued an order regarding its screening of the civil rights complaint in this action. (Docket # 5.) The order noted the apparent untimeliness of Plaintiff's claims. The Court ordered Plaintiff to submit a supplemental statement regarding the timeliness of the case.

2. Plaintiff's statement was due by November 12. To date, however, the Court has not received any additional information from Plaintiff. As a result, the Court has real doubt about Plaintiff's ability, willingness, or interest in continuing with this lawsuit.

3. As an accommodation to an incarcerated litigant and in the interests of justice, the Court will give Plaintiff one final opportunity to respond to its screening order. Plaintiff is ordered to file his response to the screening order <u>and</u> an explanation of his delay in complying with the Court's order. That submission will be due by December 20.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**